IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM HOLT, and JULIE HOLT, | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:11CV208 |
| V. | ) ) | |
| | ) | ORDER |
| ELIZABETH BOSE, BOSE ENTERPRISES, MCMULLEN TRUCKING, INC., and R & M TRANSPORTATION, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

This case is scheduled for mediation on January 21, 2013, and the parties have stipulated to the extension of certain deadlines (filing 82). The parties' stipulation will be approved. However, the deadline extensions requested in the stipulation will necessitate rescheduling the trial in this case.

Accordingly,

**IT IS ORDERED:**

1. The parties' Stipulation for Extension of Time (filing 82) is approved.

2. Plaintiffs shall respond to Defendants' motions for summary judgment (filings 76 & 79) and Defendants' motion for application of Kansas law (filing 74) by or before January 28, 2013.

3. The deadline for the parties to file motions in limine challenging the admissibility of expert testimony and the deadline for the parties to file non-expert witness and trial exhibit lists is extended to January 28, 2013.

4. By or before January 28, 2013, the parties shall file a joint status report advising the Court as to the outcome of mediation.

5. The pretrial conference with the undersigned magistrate judge is set for June 17, 2013, at 9:30 a.m.. Trial of this matter will be held during the week of July 16, 2013.

**DATED December 21, 2012.**

                          **BY THE COURT:**

                          S/ F.A. Gossett
                          **United States Magistrate Judge**