IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM HOLT and JULIE HOLT, | )<br>) |
| Plaintiffs, | )<br>) Case No. 8:11CV208<br>) |
| vs. | )<br>) |
| ELIZABETH BOSE,<br>BOSE ENTERPRISES,<br>MCMULLEN TRUCKING, INC.,<br>and R & M TRANSPORTATION,<br>INC., | ) ORDER<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Upon notice of settlement through mediation given to the magistrate judge by Eric W. Hageman, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **February 22, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference with the undersigned set for June 17, 2013, is cancelled upon the representation that this case is settled.

Dated: January 23, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge