IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM HOLT and JULIE HOLT,<br><br>Plaintiffs,<br><br>vs.<br><br>ELIZABETH BOSE, BOSE ENTERPRISES, INC. d/b/a D&L Trucking, MCMULLEN TRUCKING, INC., R&M TRANSPORTATION, INC.,<br><br>Defendants. | CASE NO. 8:11CV208<br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Filing No. 85). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each side will bear its own costs and attorney's fees, except that Defendants will be responsible for paying the fee generated by mediator Michael G. Mullen. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation of Dismissal With Prejudice (Filing No. 85) is approved;

2. The above referenced matter is dismissed, in its entirety, with prejudice;

3. All other pending motions are denied as moot; and

4. Each party will bear its own costs and attorney's fees, except that Defendants shall be responsible for the fee generated by mediator Michael G. Mullen.

Dated this 20th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge